# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:05CR292

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **DUANE MONTGOMERY** ) | |

THIS MATTER IS BEFORE THE COURT on its own motion.

**IT IS ORDERED** that defendant Duane Montgomery be, and hereby is, transferred to Judge Lacy H. Thornburg.

The Clerk is directed to certify copies of this order to defendant, counsel for defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

**Signed: January 9, 2006**

Graham C. Mullen
Chief United States District Judge